IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MADISON D. PROCTOR § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-1068 |
| § | |
| SOUTHWESTERN BELL TELEPHONE CO., § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

Service of this action, filed on April 1, 2010, has not been effected. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The plaintiff must file proof of service no later than August 1, 2010. Failure to do so may lead to the dismissal of this case. The initial pretrial conference set for June 25, 2010 is canceled. It is reset for **September 24, 2010, at 9:00 a.m.**

SIGNED on June 3, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge