IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MADISON D. PROCTOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1068 |
| | § | |
| SOUTHWESTERN BELL TELEPHONE | § | |
| CO. and AT&T SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on May 9, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge